

Avant Building - Suite 900 | 200 Delaware Avenue | Buffalo, NY 14202-2107 | **bsk.com**
**KATHLEEN H. MCGRAW, ESQ.**
kmcgraw@bsk.com
P: 716.416.7052

November 15, 2024

**VIA CM/ECF ELECTRONIC FILING**

Hon. Marian W. Payson
United States District Judge
100 State Street
Rochester, New York 14614

   Re: Zhou v. Roswell Park Cancer Institute Corporation, et. al,
      **Civil Action No. 19-cv-1200-MWP-LJV**

Dear Judge Payson,

Pursuant to Local Rule of Civil Procedure 7(a)(2)(C), Defendants hereby request permission to file a memorandum of law in support of their forthcoming motion for summary judgment that exceeds the page limit by an additional 15 pages (for a total of 40 pages). Plaintiff's Amended Complaint contains 442 paragraphs spanning 77 pages and asserts 16 different causes of action, so Defendants' request is reasonable and necessary to fully address the claims in this case.

Plaintiff's counsel consented to this request. Thank you for the Court's consideration.

            Respectfully submitted,

            **BOND, SCHOENECK & KING, PLLC**

            By: /s/ Kathleen H. McGraw
               Kathleen H. McGraw, Esq.

cc: *via CM/ECF electronic filing*
   Lindy Korn, Esq.

Attorneys At Law | A Professional Limited Liability Company